**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

PHI Health, LLC

                         Plaintiff,

v.                                   Case No.: 1:26–cv–07098
                                   Honorable Franklin U. Valderrama

UnitedHealthcare Services, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff's unopposed motion to extend the briefing deadline for the pending motion to dismiss is granted [20]. Plaintiff shall respond on or before 8/20/2026. Defendants shall reply on or before 9/3/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.